IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JEREMY GREY,

    Plaintiff,

v.                                                                Case No.: 2:22-cv-02386

COPPERWOOD SQUARE LLC,

    Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff, JEREMY GREY, by and through counsel, hereby gives notice that the parties in this matter have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing the approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

    Respectfully submitted this 6th day of February, 2023.

                                                  RESPECTFULLY SUBMITTED,

                                                  */s/Davis A. Stephenson*
                                                  Davis A. Stephenson (TN BPR #39015)
                                                  Attorney for Plaintiff
                                                  208 Adams Avenue
                                                  Memphis, Tennessee 38103
                                                  (901) 523-1844 – phone
                                                  (901) 523-1857 – fax
                                                  alex@wcwslaw.com